UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAGAN AYKASEROVICH KLYAN,<br><br>  Plaintiff,<br><br>v.<br><br>PAMELA BONDI et al.,<br><br>  Defendants. | Case No. 5:26-cv-00437-SB-SK<br><br>ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

  Petitioner Vagan Aykaserovich Klyan, a citizen of the former Soviet Union, has been detained by Immigration and Customs Enforcement (ICE) at the Adelanto Detention Facility since January 8, 2026.  On January 30, he filed a petition for writ of habeas corpus and an emergency ex parte application for a temporary restraining order (TRO).  He seeks immediate release from custody and an order to show cause why a preliminary injunction should not issue.  The government failed to file an opposition despite being warned that failure to do so would result in the TRO being granted.  Dkt. No. 5.  Accordingly, the Court grants Petitioner's unopposed application and orders as follows:

1. Respondents are ordered to release Petitioner from custody immediately;

2. Respondents are enjoined from detaining Petitioner until this Court adjudicates Petitioner's motion for a preliminary injunction;

3. Respondents are ordered to appear on March 6, 2026, at 8:30 a.m. in Courtroom 6C to show cause why a preliminary injunction should not issue.

4. Respondents shall file their response to the order to show cause by February 20.  Petitioner shall file his reply, if any, by February 27.

Date: February 4, 2026

                                                            Stanley Blumenfeld, Jr.
                                                          United States District Judge