JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VAGAN AYKASEROVICH KLYAN,

      Petitioner,

  v.

PAMELA BONDI et al.,

      Respondents.

Case No. 5:26-cv-00437-SB-SK

**FINAL JUDGMENT**

For the reasons stated in the separate order entering a permanent injunction, the Court orders as follows:

1. Respondents are enjoined and restrained from redetaining Petitioner absent any of the following:

   a. Petitioner's violation of his conditions of release pursuant to 8 C.F.R. § 241.13(i)(1);

   b. a showing of changed circumstances supporting a determination that there is a significant likelihood that Petitioner may be removed in the reasonably foreseeable future, *see* 8 C.F.R § 241.13(i)(2), considering all the facts of the case, including the factors set forth in 8 C.F.R. § 241.13(f); or

   c. a determination by an authorized official that any of the conditions of 8 C.F.R. § 241.4(l)(2) are satisfied.

2. Upon redetention, Petitioner must be notified of the reasons for the revocation of his release. *See* 8 C.F.R. § 241.13(i)(3). Petitioner shall also be provided with an informal interview, within seven days of his redetention, affording him an opportunity to respond to the reasons for revocation stated in the notification. *Id.*

The clerk is ordered to close the case. This is a final judgment.

Date: March 5, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1